**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EDUARDO FELIPE HERNANDEZ,
Petitioner,
v.
J. PINO, ACTING WARDEN,
Respondent.

Case No. 2:26-cv-10542-WLH-KS

**FINAL JUDGMENT**

On September 10, 2026, the Court issued a temporary restraining order ("TRO") ordering Respondent to immediately calculate Petitioner's Earned Time Credits ("ETCs") and, if applicable, release Petitioner to the appropriate prerelease custody or supervised release placement. (TRO, Dkt. No. 10). The Court further ordered Respondent to show cause as to why the TRO should not be adopted as the final judgment in the case (the "OSC"). (*Id.*). In Respondent's Response to the OSC filed on October 9, 2026, Respondent stated that "further argument would be unavailing, and that a hearing in this matter is therefore unnecessary." (Response, Dkt. No. 13 at 3).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED**. The Court **WITHDRAWS** its reference to Magistrate Judge

Stevenson and hereby **VACATES** all briefing deadlines related to the Petition. Respondent is **PERMANENTLY ENJOINED** from restricting Petitioner's liberty without proper process pursuant to the terms of the TRO issued on September 10, 2026. Respondent is **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address. The OSC is hereby **DISCHARGED** and all deadlines and hearings in the case are **VACATED**.

Dated: October 13, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE